UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JULIE CAMPBELL, DIANA BICKFORD, and KERRIE MULHOLLAND, individually and on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>  v.<br><br>SIRIUS XM RADIO, INC.,<br><br>            Defendant. | Case No. 2:22-CV-2261<br><br>Hon. Colin S. Bruce |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO
<u>COMPEL DEFENDANT TO PRODUCE RELEVANT DISCOVERY</u>**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 37, Plaintiffs Julie Campbell, Diana Bickford, and Kerrie Mulholland (collectively, "**Plaintiffs**"), through counsel, will move this Court, before the Honorable Colin Stirling Bruce, United States District Judge, at the United States District Court for the Central District of Illinois, 201 S. Vine Street, Urbana, Illinois 61802, at a date and time to be determined by the Court, for an Order (i) compelling Defendant Sirius XM Radio, Inc. to produce documents responsive to Plaintiffs' Requests for Production, and (ii) providing such other relief as the Court deems just and proper.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law and Declaration of Mason A. Barney filed herewith and the exhibits attached thereto; as well as other documents and records on file in the action.

1

Dated: January 11, 2024                    Respectfully submitted,

*/s/ Mason A. Barney*
Mason A. Barney
Kyle D. McLean
SIRI & GLIMSTAD LLP
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (212) 532-1091
Email: mbarney@sirillp.com
Email: kmclean@sirillp.com

Daniel M. Hutchinson
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: dhutchinson@lchb.com

Jarrett L. Ellzey
Leigh Montgomery
Alex Kykta
ELLZEY & ASSOCIATES, PLLC
1105 Milford St,
Houston, TX 77006
Telephone: (888) 350-3931
Email: Jarrett@ellzeylaw.com

Carl R. Draper
FELDMAN WASSER
1307 South 7th Street
Springfield, IL 62703
Telephone: 217-544-3403
Email: cdraper@feldman-wasser.com

## CERTIFICATE OF COMPLIANCE

    I, Mason A. Barney, certify that on January 11, 2024, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

/s/ *Mason A. Barney*
Mason A. Barney
