IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JULIE CAMPBELL,<br>DIANA BICKFORD and<br>KERRIE MULHOLLAND, on behalf of<br>themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO, INC,<br><br>Defendant. | Case No. 2:22-cv-02261-CSB-EIL<br><br>Hon. Colin Stirling Bruce |

## CONSENT ORDER

WHEREAS, on January 11, 2024, Plaintiffs filed the instant Motion to Compel Defendant to Produce Relevant Discovery (ECF No. 20), which sought the production of call logs and do-not-call lists from Defendant Sirius XM Radio Inc. ("Sirius XM");

WHEREAS, in an effort to resolve the discovery disputes raised in Plaintiffs' motion without Court intervention, counsel for Plaintiffs and Sirius XM have continued to confer regarding the data and information sought through Plaintiffs' motion;

WHEREAS, the Parties are working in good faith to reach an agreement that resolves the discovery issues raised in Plaintiffs' motion;

THE PARTIES AGREE AS FOLLOWS:

1.  Sirius XM will produce to Plaintiffs' counsel Sirus XM's Internal Do-Not-Call List, as of November 22, 2022. The Internal DNC list will include the following fields of data, to the extent recorded in the List: (1) the phone number; (2) the source of the DNC request; (3) the date of the DNC request; (4) the date the phone was added to the list; and (5) the date it was removed, if it was removed.

2. Sirius XM will produce its outbound telemarketing call logs to Plaintiffs' counsel for the period from April 2019 to November 2022. The call will include, to the extent recorded in the logs, the following fields: (1) phone number dialed, (2) date of call, (3) time of call, (4) duration of call, (5) vendor who placed the call, (6) whether a purchase was made, (7) caller's ID number, (8) Client_ID, (9) call disposition, (10) disposition intensity, (11) attempt count, (12) dial count, (13) date of car purchase or lease, (14) the start date of the call recipient's trial subscription; (15) auto make, (16) auto model, (17) auto trim, and (18) auto year.

3. Sirius XM will produce the materials described in paragraphs 1 and 2, in a mutually agreeable format, as soon as possible, and by no later than February 27, 2024;

4. The agreement of the Parties detailed in this Proposed Consent Order is without prejudice to Plaintiffs seeking additional call logs if a class is certified and/or to Plaintiffs seeking additional discovery besides call logs.

5. In opposing Plaintiffs' forthcoming motion for class certification, Sirius XM will not use any call data other than the materials produced to Plaintiffs in connection with this Proposed Consent Order absent prior production to Plaintiffs and further court approval.

6. Plaintiff's Motion to Compel (#20) is denied as moot.

February 8, 2024

SO ORDERED

s/ ERIC I. LONG
_____

THE HONORABLE ERIC. I LONG

Dated this February 7, 2024

By: /s/ *Daniel Hutchinson* (with permission)

    Mason A. Barney
    Kyle D. McLean
    SIRI & GLIMSTAD LLP
    745 Fifth Avenue, Suite 500
    New York, NY 10151
    Telephone: (212) 532-1091
    Email: mbarney@sirillp.com
    Email: kmclean@sirillp.com

    Daniel M. Hutchinson
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
    San Francisco, California 94111-3339
    Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
    Email: dhutchinson@lchb.com

    Jarrett L. Ellzey
    Leigh Montgomery
    Alex Kykta
    ELLZEY & ASSOCIATES, PLLC
    1105 Milford St,
    Houston, TX 77006
    Telephone: (888) 350-3931
    Email: Jarrett@ellzeylaw.com

    Carl R. Draper
    FELDMAN WASSER
    1307 South 7th Street
    Springfield, IL 62703
    Telephone: 217-544-3403
    Email: cdraper@feldman-wasser.com

*Counsel for Plaintiffs*

By: /s/ *Allison Waks*

    JONES DAY

    Christopher A. Hall
    IL #6316715
    chall@jonesday.com
    110 North Wacker Drive
    Suite 4800
    Chicago, IL 60606
    Telephone: (312) 782-3939
    Facsimile: (312) 782-8585

    Lee A. Armstrong (admission forthcoming)
    Allison L. Waks
    JONES DAY
    250 Vesey Street
    New York, New York
    Tel: (212) 326-3939
    Fax: (212) 755-7306
    Email: laarmstrong@jonesday.com
    Email: awaks@jonesday.com

    Thomas Demitrack (admission forthcoming)
    JONES DAY
    North Point
    901 Lakeside Avenue
    Cleveland, OH 44114-1190
    Tel: (216) 586-3939
    Fax: (216) 579-0212
    Email: tdemitrack@jonesday.com

    Jeffrey R. Johnson
    JONES DAY
    51 Louisiana Avenue, N.W.
    Washington, D.C. 20001-2113
    Tel: (202) 879-3939
    Email: jeffreyjohnson@jonesday.com

*Counsel for Defendant Sirius XM Radio Inc.*