# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

JULIE CAMPBELL, DIANA BICKFORD and KERRIE MULHOLLAND, on behalf of themselves and all others similarly situated,

Plaintiffs

v.

SIRIUS XM RADIO LLC.,

Defendant.

Case No. 2:22-cv-02261-CSB-EIL

## JOINT STATUS REPORT ADVISING COURT OF PARTIES' ENTRY INTO SETTLEMENT TERM SHEET

The parties have entered into a class action settlement term sheet. The parties will now proceed to work on a comprehensive settlement agreement, to be followed with the filing of a motion for an Order Preliminarily Approving Settlement and Conditionally Certifying the Settlement Class.

Accordingly, the parties jointly request that the Court hold all pending motions in abeyance.

Dated: July 15, 2025

Respectfully submitted,

By: /s/ Daniel M. Hutchinson

Daniel M. Hutchinson
Jahi L. Liburd
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: dhutchinson@lchb.com

Mason A. Barney
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10016
Telephone: (212) 532-1091
Email: mbarney@sirillp.com
Email: lcarroll@sirillp.com

Jarrett L. Ellzey
ELLZEY & ASSOCIATES, PLLC
1105 Milford St,
Houston, TX 77006
Telephone: (888) 350-3931
Email: Jarrett@ellzeylaw.com

Carl R. Draper
FELDMAN WASSER
1307 South 7th Street
Springfield, IL 62703
Telephone: 217-544-3403
Email: cdraper@feldman-wasser.com

*Counsel for Plaintiffs and the Proposed Classes*

By: /s/ Lee A. Armstrong

Christopher A. Hall
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
Telephone: +1.312.782.3939
Facsimile: +1.312.782.8585
Email: chall@jonesday.com

Lee A. Armstrong
Mark R. Seiden
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
Email: laarmstrong@jonesday.com
Email: mrseiden@jonesday.com

Thomas Demitrack
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
Fax: (216) 579-0212
Email: tdemitrack@jonesday.com

Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: jeffreyjohnson@jonesday.com

*Counsel for Defendant Sirius XM Radio LLC*

**CERTIFICATE OF COMPLIANCE**

I hereby certify that on July 15, 2025, I electronically filed the foregoing Joint Status Report, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               */s/ Lee A. Armstrong*
                                               Lee A. Armstrong