THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JULIE CAMPBELL, DIANA BICKFORD and KERRIE MULHOLLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | Case No. 2:22-cv-02261-CSB-EIL<br><br>Judge: Hon. Colin Stirling Bruce |

## PLAINTIFFS' RESPONSE TO THE COURT'S OCTOBER 8, 2025 TEXT ORDER RE CLASS COUNSEL

In response to the Court's October 8, 2025 Text Order, Plaintiffs respectfully clarify that they seek to include Carl R. Draper of Feldman Wasser Draper & Cox as additional class counsel in this matter. Mr. Draper has ably served as counsel for Plaintiffs and the proposed class for the past three years, starting with a pre-filing consultation on September 26, 2022. A copy of the Declaration of Carl R. Draper is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: October 10, 2025 | Respectfully submitted,<br><br>By: */s/ Daniel M. Hutchinson*<br>Daniel M. Hutchinson<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>Email: dhutchinson@lchb.com<br><br>Mason A. Barney, Esq.<br>SIRI & GLIMSTAD LLP<br>200 Park Avenue, 17th Floor<br>New York, NY 10016<br>Telephone: (212) 532-1091<br>Email: mbarney@sirillp.com<br><br>Jarrett L. Ellzey<br>ELLZEY & ASSOCIATES, PLLC<br>1105 Milford Street,<br>Houston, TX 77006<br>Telephone: (888) 350-3931<br>Email: Jarrett@ellzeylaw.com<br><br>Carl R. Draper<br>FELDMAN WASSER<br>1307 South 7th Street<br>Springfield, IL 62703<br>Telephone: 217-544-3403<br>Email: cdraper@feldman-wasser.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* |

- 3 -

CERTIFICATE OF COMPLIANCE

I, Daniel M. Hutchinson, certify that on October 10, 2025, I caused the foregoing to be filed with the Clerk of the Court and served upon all parties of record via the CM/ECF system.

<i>/s/Daniel M. Hutchinson</i><br>Daniel M. Hutchinson