E-FILED
Friday, 12 December, 2025  02:48:10 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| JULIE CAMPBELL, KEITH SADAUSKAS, DIANA BICKFORD and KERRIE MULHOLLAND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. | Case No. 2:22-cv-2261-CSB-EIL |

**ORDER GRANTING
PLAINTIFF UNOPPOSED MOTION TO MODIFY SETTLEMENT SCHEDULE AND
NOTICE PROGRAM**

This matter is before the Court on Plaintiffs' Unopposed Motion to modify the settlement schedule and notice program. On November 10, 2025, this Court granted preliminary approval to Plaintiffs' Settlement Agreement and Release dated September 26, 2025 (Dkt. No. 128.). Having considered the Motion, IT IS HEREBY ORDERED as follows:

The Final Approval Hearing is adjourned from March 30, 2026 to May 11, 2026 at 11:00 am.

Other interim deadlines set in the Preliminary Approval Order are adjourned as set forth in the Settlement Timeline below.

**IT IS SO ORDERED**.

Dated: December 12th, 2025

s/Colin S. Bruce
Hon. Colin S. Bruce
UNITED STATES DISTRICT JUDGE

**SETTLEMENT TIMELINE**

| Event | Deadline |
|---|---|
| Settlement Website available for viewing | January 19, 2026. |
| Toll-Free Number to be Established and Operational | January 19, 2026. |
| Notice Program Begins (Email or Postcard Notice Sent) | January 20, 2026. |
| Publication Notice Published | January 20, 2026. |
| Administrator to file proof of Notice Mailing/Emailing | March 2, 2026. |
| Opt-Out Deadline | March 27, 2026. |
| Objection Deadline | March 27, 2026. |
| Settlement Administrator to Provide List of Successful Opt-Outs to Parties | April 9, 2026. |
| Deadline to Submit Claim Forms | March 21, 2026. |
| Administrator to file proof of Settlement Website and Toll-Free Number | April 15, 2026. |
| Deadline for filing Responses to Objections, if any | April 15, 2026. |
| Deadline for Filing Motion for Final Approval of Settlement (Including Application for Attorneys' Fees, Costs, and Service Award) | April 15, 2026. |
| Final Approval Hearing | May 11th, 2026, at 11:00 AM |

SIGNED on <u>December 12th</u> , 2025


<u> s/Colin S. Bruce             </u>
Hon. Colin Stirling Bruce