E-FILED
Sunday, 22 March, 2026  09:50:49 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| JULIE CAMPBELL, DIANA BICKFORD and KERRIE MULHOLLAND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. <br><br>───────────── <br><br> NIGEL COHEN, <br><br> Objector | Case No. 2:22-cv-02261-CSB-EIL <br><br> Hon. Colin Stirling Bruce |

**NOTICE OF INTENT TO APPEAR OF NIGEL COHEN**

Pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement (Dkt. 128), let this document be notification that objecting class member Nigel Cohen intends to appear through his undersigned counsel, at the final approval hearing, currently scheduled for May 11, 2026. Cohen intends to address matters raised in his forthcoming objections to the proposed settlement and to the attorneys' fee request in the above-captioned matter. Cohen does not intend to call any witnesses at the fairness hearing, but reserves the right to make use of all documents entered on to the docket by any settling party, objector, or amicus. He also reserves the right to cross-examine any witnesses who testify at the hearing in support of final settlement approval or attorneys' fees.

Dated: March 22, 2026

/s/ Adam E. Schulman
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorney for Objector Nigel Cohen*

**Certificate of Service**

The undersigned certifies he electronically filed the foregoing Notice of Intent to Appear via the ECF system for the Central District of Illinois, thus effecting service on all attorneys registered for electronic filing.

Dated: March 22, 2026

/s/ Adam E. Schulman