E-FILED
Friday, 27 March, 2026  10:33:52 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JULIE CAMPBELL, DIANA BICKFORD and KERRIE MULHOLLAND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> SIRIUS XM RADIO, INC., <br><br> Defendant. <br><br>———————————— <br><br> NIGEL COHEN, <br><br> Objector | Case No. 2:22-cv-02261-CSB-EIL <br><br> Hon. Colin Stirling Bruce |

**DECLARATION OF NIGEL COHEN**

I, Nigel Cohen, declare as follows:

1.     I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     My full name is Nigel Cohen. My current address is 2113 Ann St., Edinburg, TX 78539. My telephone number is 956-383-6825. My email address is rgvtexas2002@yahoo.com.

3.     I have been a licensed attorney since 1996 and am a professor of business law at Texas A&M International University, where I teach Legal Environment of Business.

4.     During a 12-month period between April 27, 2019 and October 31, 2025, I received more than one telephone solicitation from Sirius to my cell number 956-383-6825. This happened more than 31 days after my number was registered with the National Do-Not-Call Registry and when I was not a Sirius subscriber at the time of the first or before the second call.

5.     I am a resident of Texas. I am not an employee, officer, or director of Sirius XM. I am not an attorney appearing in the case, nor family or staff of any judge assigned to hear this action.

6.     On January 27, 2026, I received email notice of settlement in this case, stating that "Records show that you may be entitled to money from a $28 million class action settlement." This notice contained Notice ID: SXM15198061 and a twelve-digit confirmation code ending in the four digits "6q3W."

7.     Subsequently, I filed a claim in this settlement on March 4, 2026 using the Notice ID and confirmation code I had earlier been provided.

8.     I have not objected to a class action settlement as a class member within the last five years.

9.     I am represented in these objections by the Hamilton Lincoln Law Institute, its Center for Class Action Fairness (CCAF) and its attorneys (Theodore H. Frank, Anna St. John, Adam E.

COHEN DECLARATION

Schulman, M. Frank Bednarz, Max A. Schreiber).

10.    I intend to appear through my counsel Adam Schulman at the fairness hearing currently scheduled for May 11, 2026.

11.    I bring these objections in good faith. I have no intention of settling these objections for any sort of side payment. Unlike many objectors who attempt or threaten to disrupt a settlement unless plaintiffs' attorneys buy them off with a share of attorneys' fees, it is my understanding and belief that CCAF does not engage in *quid pro quo* settlements and will not withdraw an objection or appeal in exchange for payment.

12.    Thus, if, contrary to CCAF's practice and recommendation, I agree to withdraw my appeal for a payment by plaintiffs' attorneys or the defendant paid to me or any person or entity related to me in any way without court approval, I hereby irrevocably waive any and all defenses to a motion seeking disgorgement to the class of any and all funds paid in exchange for dismissing my appeal.

13.    CCAF, the Hamilton Lincoln Law Institute, and I each reserve the right to seek reasonable attorney's fees should my objections confer a benefit on the class.

14.    If I were to opt out from the settlement, I would not find it financially feasible to vindicate any claims I might have against the defendant.

15.    The specific grounds of my objections are identified in the memoranda to be filed by my attorney contemporaneously with this declaration.

16.    My objections apply to the entire class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2026, in Edinburg, Texas.

/s/ Nigel Cohen
Nigel Cohen

Dated: March 27, 2026　　　　　/s/ Adam E. Schulman
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
　CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: (610) 457-0856
Email: adam.schulman@hlli.org

*Attorney for Objector Nigel Cohen*

COHEN DECLARATION

## Certificate of Service

The undersigned certifies he electronically filed the foregoing Declaration via the ECF system for the Central District of Illinois, thus effecting service on all attorneys registered for electronic filing.

In addition, in accordance with the Class Notice and Preliminary Approval Order he caused to be mailed via USPS first-class mail a copy of the foregoing to the following recipients:

| | |
|---|---|
| Daniel Hutchinson<br>**LIEFF CABRASER HEIMANN & BERNSTEIN**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 | Carl R. Draper<br>**FELDMAN WASSER DRAPER & COX**<br>1307 South 7th Street<br>Springfield, IL 62703 |
| Jarrett Ellzey<br>**ELLZEY & ASSOCIATES, PLLC**<br>1105 Milford St,<br>Houston, TX 77006 | Lee A. Armstrong<br>**JONES DAY**<br>250 Vesey Street<br>New York, NY 10281 |
| Mason Barney<br>**SIRI & GLIMSTAD LLP**<br>745 Fifth Ave, Ste 500<br>New York, NY 10151 | |

Dated: March 27, 2026

/s/ Adam E. Schulman

COHEN DECLARATION