# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| JULIE CAMPBELL, DIANA BICKFORD and KERRIE MULHOLLAND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO, INC.,<br><br>Defendant. | Case No. 2:22-cv-2261-CSB-EIL |

## PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS

3470583.1

## I.       INTRODUCTION

Plaintiffs regret having to file this response, but believe it necessary to respond quickly and ask that the Court deny CCAF's request to file two unwarranted "supplemental" attorney declarations to Nigel Cohen's objection.  (*See* ECF Nos. 145, 145-1, 145-2, 145-3, 145-4, & 145-5.)  CCAF's supplemental attorney declarations have nothing to do with the Class Members or Settlement in this case.  They are solely about CCAF, its ideology, and the ego and reputations of its counsel.  As such, the Court should not waste further time on them.

## II.      PLAINTIFFS' RESPONSE BRIEFS

Plaintiffs' response briefs to Nigel Cohen's objection (ECF Nos. 142 & 144) do not contain any "scurrilous accusations," "flagrantly false attacks," or "falsely impugn" CCAF.  They contain (1) factual findings made by federal courts on a full record; (2) sworn statements from CCAF's founder and director of litigation; and (3) statements from Mr. Shulman's own declaration in this matter, to provide context for CCAF's objection.  In all instances, Plaintiffs directly quote those sources.

## III.     THE HUTCHINSON DECLARATION

Regarding the Hutchinson Declaration (ECF No. 142-1), there is no need to supplement the record.  The Hutchinson Declaration contains the uncontroversial fact that Class Counsel affirmatively reached out to Objector's counsel to meet and confer before the parties and Court dedicated any time to addressing objections that lacked factual or legal support.  CCAF admits that the "call was brief, professional, and cordial." (ECF No. 145-4, ¶4.)  In so doing, Class Counsel mentioned two prior times where CCAF withdrew its objections.  (ECF No. 142-1, ¶4.)  The Hutchinson Declaration accurately states what Mr. Hutchinson said during the call; whether Mr. Schulman or Ms. King "recall" that conversation is irrelevant to whether the instant Settlement is reasonable, fair, and appropriate.

3470583.1                                        1

Not only did Class Counsel accurately state what Mr. Hutchinson said, but his description of CCAF's withdrawal of its objection in the Capital One case is correct. If the Court believes that further elucidation on those facts would be helpful, Class Counsel is happy to provide it. However, the fact that CCAF thought it necessary to file two supplemental attorney declarations addressing perceived inaccuracies in a decade-old case further demonstrates that its objection has little to nothing to do with the Settlement, but rather is a vehicle for CCAF to further its ideological and self-aggrandizing campaign against class actions generally.

## IV.    CONCLUSION

Plaintiffs respectfully request that the Court deny CCAF's motion or, in the alternative, permit Plaintiffs to respond to the false or misleading statements it contains.

Dated:  April 14, 2026

Respectfully submitted,

By: */s/ Daniel M. Hutchinson*
Daniel M. Hutchinson
Jahi L. Liburd
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: dhutchinson@lchb.com
Email: jliburd@lchb.com

Mason A. Barney
SIRI & GLIMSTAD LLP
200 Park Avenue, 17th Floor
New York, NY 10016
Telephone: (212) 532-1091
Email: mbarney@sirillp.com

3470583.1

2

Jarrett L. Ellzey
ELLZEY & ASSOCIATES, PLLC
4200 Montrose Blvd., Ste. 200
Houston, TX 77006
Telephone: (888) 350-3931
Email: Jarrett@ellzeylaw.com

Carl R. Draper
FELDMAN WASSER
1307 South 7th Street
Springfield, IL 62703
Telephone: 217-544-3403
Email: cdraper@feldman-wasser.com

*Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(4), the foregoing complies with the type volume limitation, as it is double-spaced and does not contain more than 7000 words or 45,000 characters.

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson
