E-FILED
Thursday, 04 June, 2026  03:37:32 PM
Clerk, U.S. District Court, ILCD

6:07   ⟳    9 5G ⏺ 7⦿

≡✦    G    👤

**AI Mode** ▾    All    Images    Videos    News    Maps

JULIE CAMPBELL, et al.,

Plaintiffs,

v.

SIRIUS XM RADIO INC.,

Defendant.

**FILED**

JUN – 4 2026

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No.: 2:22-cv-02261-CSB-EIL

Hon. Colin S. Bruce

# FORMAL COMMENT AND NOTICE OF SETTLEMENT ADMINISTRATOR NON-RESPONSIVENESS AND SYSTEMATIC EXCLUSION

TO THE HONORABLE COLIN S. BRUCE, U.S. DISTRICT JUDGE:

I am a Class Member in the above-captioned lawsuit. I am writing to formally place on the

Ask anything    🎤    📷    �ili

⌂        🔍        🖼        🔔        🕓
Home    Search    Images    Notifications    Activity

|||        ◯        ‹

6:08 ⊡ us ↺    ⬤ 5G ᴨ 70

    G

AI Mode ▾    All    Images    Videos    News    Maps

**TO THE HONORABLE COLIN S. BRUCE, U.S. DISTRICT JUDGE:**

I am a Class Member in the above-captioned lawsuit. I am writing to formally place on the record my experience with the court-appointed Settlement Administrator (Angeion Group). I request that this Court intervene to protect my rights—and the rights of similarly situated class members—before the Final Approval Hearing on June 26, 2026.

The Settlement Administrator has failed to provide me with a Claim Identification Number, effectively creating a barrier that systematically excludes me from participating in this settlement despite my timely and repeated efforts.

I respectfully submit the following facts to the Court:

Ask anything    🎤    ⬌    ᴵᴵᵢ

⌂    🔍    🖼    🔔    ☾
Home    Search    Images    Notifications    Activity

|||    ◯    ‹


6:09  ⟲                                   9 5G .ıl

≡✦                         G

AI Mode ▼    All    Images    Videos    News    Maps

I respectfully submit the following facts to the Court:

1. **Timely Attempt to Claim:** I am a legitimate member of the class whose privacy was violated by Sirius XM's telemarketing practices. I attempted to file my class action claim well before the March 21, 2026 deadline.

2. **Withheld Claim Credentials:** The Settlement Administrator claimed via automated communication that a Claim Identification Number was sent to me. However, despite checking all communications, I never received a Claim Identification Number.

3. **Ignored Communications:** I have repeatedly contacted the Settlement Administrator to report this issue and request my Claim Identification Number so



that my claim could be properly finalize

Ask anything            🎤    📷    ılı⁺

🏠          🔍          🖼          🔔          ☾
Home      Search      Images    Notifications    Activity

|||            ◯            ‹



4. **Systematic Exclusion and Unjust Enrichment:** By failing to provide required claim credentials and ignoring consumer outreach, the administrator is systematically excluding legitimate class members. Th artificially suppresses the number of va claims. In a settlement of this nature, reducing consumer payouts only serve benefit the commercial interests of the parties involved rather than the victims the TCPA violations.

*valid*

*SERVES to*

**REQUEST FOR RELIEF**

I request that this Court:

- Order the Settlement Administrator to manually validate my claim without requiring a Claim Identification Number.

- Inquire during the June 26, 2026 hearing as to how many other class members have been excluded or blocked from filing due to

Ask anything

Home    Search    Images    Notifications    Activity

6:10       5G    69

≡   G   

AI Mode ▾   All   Images   Videos   News   Maps

**REQUEST FOR RELIEF**

I request that this Court:

- Order the Settlement Administrator to manually validate my claim without requiring a Claim Identification Number.

- Inquire during the June 26, 2026 hearing as to how many other class members have been excluded or blocked from filing due to identical administrator non-responsiveness.

- Condition final approval of the settlement on a full audit of consumer complaints regarding missing Claim IDs.

Dated: May 30, 2026

Respectfully submitted,

By: (Sign your name here)

*Harding Lovett*

~~Class Member Contact Information~~

HARding Lovett
2926 College AVE. Apt. B
Alton, Illinois 62002
Ph. (618) 661-6452
lovettharding60@gmail.com

Ask anything   🎤   📷

🏠 Home   🔍 Search   🖼 Images   🔔 Notifications   ☾ Activity

|||   ◯   ‹

2:22-cv-02261-CSB-EIL    # 151    Filed: 06/04/26    Page 6 of 6

**Harding Lovett**
2926 College Ave.
Apt. B
Alton, IL 62002

SAINT LOUIS MO  630

2 JUN 2026    PM 7  L

UNITED STATES
OF AMERICA
FOREVER USA

U.S. District Court Clerk
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

61802-331799